```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MELISSA JEFFRIES,

                Plaintiff,

vs.                        Case No.  2:06-cv-240-FtM-29SPC

THE SCHOOL BOARD OF COLLIER COUNTY,
FLORIDA,

                Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #148), filed August 21, 2008, recommending that plaintiff's motion to proceed *in forma pauperis* on appeal, construed from the Affidavit of Indigency (Doc. #135), be denied as frivolous because the appeal was not taken in good faith.  On August 29, 2008, plaintiff filed a *pro se* Motion to Object (Doc. #151), which the Court construed as a request for additional time to respond and provided plaintiff until September 26, 2008 to file all objections to the Report and Recommendation while specifically addressing why she thought the appeal might be meritorious.  (See Doc. #152.)  On September 26, 2008, plaintiff filed her Notice of Objections to the Report and Recommendation (Doc. #158), on October 1, 2008, intervener-former counsel filed an Objection (Doc. #159) to her Objections, and on October 10, 2008, defendant School Board filed a Response to Plaintiff's Notice of Objection (Doc. #160).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)).  Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Plaintiff objects that a settlement agreement was reached without her consent; that there was no enforceable agreement despite former counsel's averments; plaintiff could not obtain new

-2-

counsel and notified the Court she would proceed *pro se* by e-mail but the case was still dismissed; plaintiff was not prepared to discuss anything at the hearing other than her financial status; former counsel told plaintiff that she would be in violation of the law if she contacted the Court personally regarding the lack of a settlement agreement; and that she should not be punished for former counsel's failures.

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation and Objections, the Court accepts the Report and Recommendation of the magistrate judge and overrules the objections of plaintiff.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #148) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's motion to proceed *in forma pauperis* on appeal, construed from the Affidavit of Indigency (Doc. #135), is **DENIED** as the Court certifies that the appeal is frivolous and not taken in good faith.

3. The Clerk shall forthwith transmit a copy of this Opinion and Order and the underlying Report and Recommendation to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of October, 2008.

JOHN E. STEELE
United States District Judge

-4-

Copies:
USCA

Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Plaintiff